IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS,<br><br>       Plaintiff,<br><br>  v.<br><br>DOES 1 - 41,<br><br>       Defendant. | No. C-05-02660 MMC (EDL)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

       The Court finds this matter appropriate for submission without oral argument, and therefore vacates the hearing scheduled for August 9, 2005.

       Having considered Plaintiffs' Motion for Administrative Relief Pursuant to Local Rule 7-11(a) for Leave to Take Immediate Discovery and Plaintiffs' supporting declarations, and finding good cause therefore,

       Plaintiffs are granted leave to serve immediately a Rule 45 subpoena on SBC Internet Services, Inc. that seeks information sufficient to identify each Doe Defendant, including the name, address, telephone number, e-mail address, and Media Access Control addresses for each Defendant.

       Any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

       **IT IS SO ORDERED.**

Dated: July 28, 2005

                                                              ELIZABETH D. LAPORTE<br>
                                                              United States Magistrate Judge